FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 MAR 12  A 11: 31

CLERK'S OFFICE
AT BALTIMORE

BY_____  _____DEPUTY

**U.S. Probation and Pretrial Services**

# MEMORANDUM

**DATE:** March 5, 2014

**TO:** Mark Crooks
Assistant United States Attorney

**FROM:** Joseph Cruse
U.S. Pretrial Services Officer

**SUBJECT:** Steven Riley
Case Number: 13-2843-BPG
NOTICE OF APPARENT VIOLATION/REQUEST FOR WARRANT

## RELEASE STATUS

The defendant initially appeared before The Honorable Beth P. Gesner on December 20, 2013, having been charged with Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349 and Wire Fraud, 18 U.S.C. § 1343, and was ordered detained. At a Bail Review hearing before Your Honor on December 23, 2014, the defendant was ordered to be released on December 26, 2013, under pretrial supervision with the following conditions:

- Residence at Gaudenzia either in the inpatient or aftercare facilities-to the extent the Defendant will be discharged, a bail review hearing will be required
- Avoid all contact, directly or indirectly, with Mark Brunnelle, John Tadros, Mohammed Al-Omeri, Melissa Perry, DeAnna Lynch, Jeremy Greenwood, and Charles Horn
- Refrain from any use of alcohol
- Refrain from use or unlawful possession of a narcotic drug or other controlled substances unless prescribed by a licensed medical practitioner
- Submit to any substance abuse testing, as required by Pretrial Services
- Participate in substance abuse testing and treatment as directed by Pretrial Services

Mr. Riley entered the 28-day inpatient substance abuse treatment program at Gaudenzia Inc., located in Baltimore, Maryland on December 26, 2013. He successfully completed inpatient treatment on January 23, 2014, then transitioned to long-term inpatient substance abuse treatment at the Gaudenzia-Woodlands facility, on that same date.

A trial date for this matter has not been established as of this date.

Re: Steven Riley
Page: 2
Case Number: 13-2843-BPG
March 5, 2014

### APPARENT VIOLATION

The defendant was discharged from the Gaudenzia-Woodlands long-term inpatient treatment program on February 25, 2014, after leaving the program against staff advice. Notification of the violation was received on February 26, 2014. On February 28, 2014, a home visit was conducted at the defendant's brother's house, located at 128 South Gilmor Street, Baltimore, Maryland. The defendant's brother, Derek Riley, was able to confirm that the defendant stayed at this residence the previous night, but was not home at the time of the home visit. I provided the defendant's brother with a business card and asked that he provide the same to the defendant. I also asked him to relay a message to his brother instructing his brother to report to the office on March 3. As of this date, the defendant has failed to report to the office.

### ADJUSTMENT TO SUPERVISION

The defendant's adjustment to supervision has been unsatisfactory, given that his current whereabouts are unknown.

An automated inquiry of the Criminal Justice Information System conducted on March 5, 2014, revealed no new arrests, pending charges, or active warrants.

### RECOMMENDATION

I respectfully recommend that a bench warrant be issued, as the defendant's current whereabouts are unknown.


cc:  The Honorable Stephanie A. Gallagher
     Paul Hazelhurst, AFPD


*[signed]* 2014.03.05 15:50:51 -05'00'

Joseph Cruse
United States Pretrial Services Officer

*[signed]* 2014.03.05 15:54:00 -05'00'

Andrea Austin-Spann
Supervisory U.S. Pretrial Services Officer